# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| COREY L. DIAMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 19-920-CG-MU |
| | ) |
| US EXPRESS TRUCKING COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED WITH PREJUDICE**, prior to service of process, because US Express Trucking Company is a private company, not a state actor, and, therefore, it is not a proper defendant to Diamond's § 1983 action, *see* 28 U.S.C. § 1915(e)(2)(B)(i) & (ii). Alternatively, and to the extent Plaintiff's complaint can be liberally read to include a Title VII claim, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED WITHOUT PREJUDICE**, prior to service of process, due to Diamond's failure to allege or demonstrate that he exhausted his administrative remedies and because of his failure to allege that the Defendant did not give him the identified bonuses or pay him the same as other drivers because of his race, color, religion or national origin, *see* 28 U.S.C. § 1915(e)(2)(B)(ii) (failure to state a claim).

**DONE and ORDERED** this 16th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE